AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DONNA WALKER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:22-cv-72

MARTIN O' MALLEY, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 29, 2024, the Court remands the Administrative Law Judge's decision to the Commissioner under sentence four of the 42 U.S.C. § 405(g). The Court dismisses this case and this case stands closed.

Approved by: _B. Cheesbro_

HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

March 29, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020